IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE DENISE MELTON                                                       PLAINTIFF

V.                         NO. 4:18CV00111 JLH/PSH

SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Stephanie Denise Melton's Complaint (Doc. No. 1) is DISMISSED with prejudice.

DATED this 1st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE