IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE DENISE MELTON                                                              PLAINTIFF

V.                              NO. 4:18CV00111 JLH/PSH

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 1st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE